UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-04530-SB (SK) | Date | August 17, 2021 |
|---|---|---|---|
| Title | Carmen Alicia Felix v. Nancy A. Berryhill | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None present  None present

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

In the present case, it appears that the below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, on or before **September 7, 2021,** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

- ☐ Defendant did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

IT IS SO ORDERED.

1  _____(Full Name)
2  _____(Address Line 1)
3  _____(Address Line 2)
4  _____(Phone Number)
5  _____ in Pro Per
   (indicate Plaintiff or Defendant)
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| _____, | Case No.: _____ |
| Plaintiff, | |
| vs. | **APPLICATION FOR ENTRY OF DEFAULT AGAINST:** |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____, | _____ |
| Defendant(s). | _____ |

   To the Clerk of the United States District Court for the Central District of California:

   As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff (*your name*) _____ requests that the Clerk enter the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant**: _____

    1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) _____.

    2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*)_____.

**Name of Defendant**: _____

    1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) _____.

    2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*)_____.

**Name of Defendant**: _____

    1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) _____.

    2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*)_____.

1     The above-named Defendants have failed to plead or otherwise respond to
2 the complaint.
3     This request is based on the attached Declaration of Plaintiff.

5 DATED: _____    Respectfully submitted,

7                                             _____
                                            (sign)

                                            _____
                                            (print name)

                                            Plaintiff in Pro Per

(Lines 4, 6, 8–28 blank)

# DECLARATION OF PLAINTIFF

I, (*name*) _____, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant (*name*) _____ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) _____, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant (*name*) _____ was required to plead or otherwise respond to the complaint by (*date*)_____. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant (*name*) _____ has failed to serve or file a pleading or otherwise respond to the complaint.  The applicable time limit for responding to the complaint has expired.

5. Defendant (*name*) _____ is not a minor or an incompetent person.

6. Defendant (*name*) _____ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

(*If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.*)

¶#___.  Defendant (*name*) _____ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) _____, as evidenced by the proof of service on file with this Court.

¶#___.  Under Rule 12, Defendant (*name*) _____ was required to plead or otherwise respond to the complaint by (*date*)_____. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#___.  Defendant (*name*) _____ has failed to serve or file a pleading or otherwise respond to the complaint.  The applicable time limit for responding to the complaint has expired.

¶#___.  Defendant (*name*) _____ is not a minor or an incompetent person.

¶#___.  Defendant (*name*) _____ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

_____
*Page Number*

Declaration of Plaintiff

¶#___.  I have attached to this declaration a true and correct copy of the **proofs of service** on file with this Court for the above-named Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, in _____.
                    (date of signing)                                       (city, state of signing)

_____
(sign)

_____
(print name)

Plaintiff in Pro Per

# PROOF OF SERVICE BY MAIL

On _____, I served the documents described as:
     (date of mailing)

1.  Application for Entry of Default

2.  Declaration of Plaintiff

_____
(list the names of any other documents you are mailing)

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in _____,
                                                                                                          (city and state of mailing)
addressed to:

_____ (name)          _____ (name)

_____ (address)       _____ (address)

_____ (address)       _____ (address)

_____ (address)       _____ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ at _____.
                  (date)                      (city and state of signing)

_____
(sign)

_____
(print name)

_____
Page Number