UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-04530-SB (SK)                                                                Date: July 26, 2022

Title   Carmen Alicia Felix v. Nancy A. Berryhill


Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

None present                                                None present


**Proceedings:**        (IN CHAMBERS) **ORDER**

On June 3, 2022, The Court issued an Order Discharging Order to Show Cause, directing Plaintiff to provide government counsel with her portion of the joint submission by July 8, 2022, or, alternatively, file a motion in lieu of a joint submission by July 8, 2022. (ECF 39). On July 25, 2022, Defendant filed a Notice of Non-Receipt of Plaintiff's Portion of Joint Submission. (ECF 40).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **August 25, 2022**, why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by providing government counsel with her portion of the joint submission in an appropriate electronic format by August 25, 2022 and submitting a notice to the Court within 48 hours that she has timely done so. Alternatively, Plaintiff may file a motion in lieu of a joint submission by August 25, 2022.

**Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed**. See Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, she may do so by filing the attached notice of voluntary dismissal (CV-09).