JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ALICIA FELIX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:20-cv-04530-SB (SK)<br><br>JUDGMENT |

　　Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 2, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　United States District Judge